UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ANGELA McMASTERS                                                                               PLAINTIFF

v.                                         CIVIL ACTION NO. 3:12CV-604-S

U.S. DEP'T OF EDUC.                                                   DEFENDANT

**MEMORANDUM OPINION**

      Plaintiff, Angela McMasters, proceeding *pro se*, *in forma pauperis* filed a complaint against the Department of Education (DN 1). She subsequently amended the name of the Defendant (DNs 6 & 8). On November 29, 2012, the Court performed its initial screening of this action and entered a Memorandum Opinion and Order in which it determined that Plaintiff failed to set forth any jurisdictional basis for this action and failed to set forth facts sufficient to state a claim (DN 8). However, prior to dismissing this action, the Court gave Plaintiff thirty (30) days from entry of the Memorandum Opinion and Order in which to amend her complaint (DN 8). The Court warned Plaintiff that failure to amend her complaint within the time allowed would result in dismissal of this action. Over thirty days have passed with Plaintiff not having filed an amended complaint or taking any further action in this case.

      **THEREFORE**, Plaintiff having failed to respond to this Court's Memorandum Opinion and Order and for the reasons more fully set forth therein, this action will be **DISMISSED** by separate Order.

Date: January 15, 2013

                                                       Charles R. Simpson III, Judge
                                                       United States District Court

cc:    Plaintiff, *pro se*
       Defendant
4411.003